

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2014

No. 04-14-00364-CV

**IN THE MATTER OF THE MARRIAGE OF A.L.F.L. AND K.L.L., AND IN THE INTEREST OF K.A.F.L., A CHILD**,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02421
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's denial of appellant's plea to the jurisdiction. On June 9, 2014, appellant, the State of Texas, filed a "Motion to Stay or Abate Appeal." In the motion, appellant contends that the issues in this appeal are similar to issues in two cases pending before the Texas Supreme Court — *In the Matter of the Marriage of J.B. & H.B.*, 326 S.W.3d 654 (Tex. App.—Dallas 2010, pet. granted), and *State v. Naylor*, 330 S.W.3d 434 (Tex. App.—Austin 2011, pet. granted). We agree the issues to be presented in this appeal are similar to those issues pending before the Texas Supreme Court, i.e., the constitutionality of Texas marriage law under article I, section 32 of the Texas Constitution and section 6.204 of the Texas Family Code.

Accordingly, after reviewing the motion, appellee's response, appellant's reply, the clerk's record, and the cases pending before the supreme court, we agree that abatement is warranted. Accordingly, we **GRANT** appellant's motion and **ORDER** this accelerated appeal **ABATED** and **REMOVED FROM THE COURT'S ACTIVE DOCKET**. The appeal will be reinstated, at the appropriate time, by order of this court. At that time, the court will set new briefing deadlines, and we therefore **DENY AS MOOT** appellant's motion to extend time to file its appellant's brief.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court